UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  Dawodu, Waidi A                )        Case No.  06 B 11993
                                       )        Judge  A. Benjamin Goldgar
                                                Date   05/04/12

                                                Debtor Attorney:

                                                Timothy K Liou
                                                900 W Washington Blvd
                                                Chicago, IL  60607-2298

Waidi A. Dawodu
Unit 204
1017 Burnham Avenue                             Mail
Calumet City, IL  60409-5139


Mail


# Notice of Payment of Final Mortgage Cure Amount

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Marilyn O. Marshall, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  PHH Mortgage Corporation

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 2 | 0017287004 Arrears | $ 11,169.83 | $ 11,169.83 | $ 11,169.83 |
| Total Amount Paid by Trustee | | | | $ 11,169.83 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

_____  Through the Chapter 13 Conduit     __X__  Direct by the Debtor(s)

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 4th day of May, 2012.

| | |
|---|---|
| 05/04/12 | /s/ Rosalind Lanier |
| Date | Marilyn O. Marshall |
| | Chapter 13 Trustee |
| | Office of the Chapter 13 Trustee |
| | Suite 800 |
| | 224 South Michigan Avenue |
| | Chicago, IL  60604-2500 |

**Debtor**
Waidi A. Dawodu
Unit 204
1017 Burnham Avenue
Calumet City, IL  60409-5139

**US Trustee**
Patrick S. Layng
Office of the United States Trustee
Dirksen Federal Court House
219 S Dearborn St Rm 873
Chicago, IL 60604

**Claim Holder**
PHH Mortgage Corporation
2001 Bishops Gate Blvd
Attn Cash Management Mail Stop SBRP
Mt Laurel, NJ  08054

**Debtor Attorney**
Timothy K Liou
900 W Washington Blvd
Chicago, IL  60607-2298

**Attorney for Claim Holder**
C/O PHH Mortgage Corporation
2001 Bishops Gate Blvd
Attn Cash Management Mail Stop SBRP
Mt Laurel, NJ  08054